# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
OFFICE OF THE CLERK
PO BOX 1636
BRUNSWICK, GEORGIA  31521
(912)280-1330



## MEMORANDUM

___

**SUBJECT:**  Restriction/Return of Discovery Related Materials

Pursuant to Federal Rule of Civil Procedure regarding the filing of discovery related materials, your document(s) are being restricted (if filed electronically) or returned (if submitted in paper form).

                                    Scott L. Poff
                                  Clerk, U.S. District Court