

# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| GREATER HALL TEMPLE CHURCH OF GOD,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN MUTUAL CHURCH INSURANCE COMPANY,<br><br>    Defendant. | CV 2:17-111 |

## ORDER

This case has been returned to this Court by the Eleventh Circuit Court of Appeals, which reversed this Court's decision to grant summary judgment in favor of Defendant Southern Mutual Church Insurance Company. This case is now ready for trial. The Parties are **ORDERED** to file a proposed pretrial order by November 23, 2020. The Court will hold a pretrial conference on December 7, 2020 at 1 o'clock p.m. and a jury trial on February 23, 2021 at 9 o'clock a.m. in the federal courthouse located at 801 Gloucester Street, Brunswick, Georgia 31520.

**SO ORDERED**, this 26 day of October, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA