AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Greater Hall Temple Church of God In Christ, Inc.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV217-111

Southern Mutual Church Insurance Company

[✓] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in accordance with said verdict that judgment is hereby entered in favor of the defendant, Southern Mutual Church Insurance Company, and against the plaintiff, Greater Hall Temple Church of God in Christ, Inc. Costs to be taxed by the Clerk.

Approved by: _____
Honorable Lisa Godbey Wood, Judge

May 20, 2021
*Date*

John E. Triplett, Acting Clerk
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020